```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
GUY MARGEL, et al.,                :
                 Plaintiffs,       :    04 Civ. 1514 (PAC)(HBP)
     -against-                     :    OPINION
                                        AND ORDER
E.G.L. GEM LAB LTD., et al.,       :
                 Defendants.       :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

A status conference having been held on this date, for the reasons stated on the record in open court, it is hereby ORDERED that:

   1. All fact discovery in this matter shall be completed no later than January 31, 2011.

   2. Plaintiffs shall make all disclosures required by Fed.R.Civ.P. 26(a)(2) (expert disclosures) with respect to their claims and defendants shall make all disclosures required by Fed.R.Civ.P. 26(a)(2) with respect no their counterclaims no later than January 31, 2011.

   3. The parties shall make all expert disclosures in opposition to their adversaries' expert disclosures no later than February 28, 2011.

4. The depositions of all expert witnesses shall be completed no later than March 28, 2011.

5. Dispositive motions, if any, shall be made no later than April 28, 2011.

6. The Pretrial Order, in the form required by Judge Crotty's rules, along with all other pretrial submissions required by Judge Crotty, shall be filed on May 28, 2011, or thirty days after the final decision on any dispositive motion (if the pretrial order is still necessary after such decision), whichever date is later. Plaintiffs shall serve a draft of their portion of the Pretrial Order on counsel for defendant no later than fifteen days prior to the Pretrial Order's due date. For the convenience of all parties, a copy of Judge Crotty's rules is available on the Court's website: www.nysd.uscourts.gov.

**Due to the age of this matter and the substantial period of time the parties have already had to complete discovery, the deadlines set forth herein are firm deadlines and will <u>not</u> be adjourned except for unforeseeable emergencies that render compliance with the deadlines impossible. The press of other**

2

**business, vacations, holidays and similar foreseeable events will not constitute good cause to adjourn the dates set forth herein.**

Dated:  New York, New York
        October 26, 2010

                                        SO ORDERED

                                        _____
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

John Malley, Esq.
Barry Werbin, Esq.
Paul Schafhauser, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York  10016

Robert E. Hanlon, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York  10016